UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**COMERICA BANK**,

        Plaintiff,

                                                  No. 08-CV-12244
vs.                                           Hon. Gerald E. Rosen

**MELVIN BELOVICZ**,

        Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT FOR DAMAGES

On April 14, 2009, this Court granted Plaintiff Comerica Bank's Motion for Summary Judgment, Dkt. # 12, 16, and entered Judgment of Liability in favor of Plaintiff and against Defendant Melvin Belovicz, Dkt. # 17. The Court advised that it would award damages once Plaintiff submitted a verified, itemized, and documented Affidavit of damages. *Id.* at 1.

On June 24, 2014, Plaintiff filed a Motion for Judgment for Damages, Dkt. # 18, requesting damages in the amount of $533,537.26 plus interest at $49.33 per day until the entry of judgment. After Defendant failed to respond, the Court entered an Order to Show Cause as to why Judgment for Damages should not be entered. Dkt. # 20. On September 12, 2014, Defendant responded to Plaintiff's

motion, conceding that "[t]he amount of damages sought by Plaintiff is accurate" but stating that "Defendant had assumed that Plaintiff had abandoned its claim because its motion for entry of a Judgment for Damages came approximately 5 years after the Court entered a Judgment of Liability." Dkt. # 21, at 1. Defendant, however, cited no rule requiring Plaintiff to make its motion within 5 years, and the Court is aware of no such rule.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for Judgment for Damages is GRANTED.

**IT IS SO ORDERED.**


Dated: October 23, 2014         s/Gerald E. Rosen
                                Chief, Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 23, 2014, by electronic and/or ordinary mail.

                                s/Julie Owens
                                Case Manager, (313) 234-5135